UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:21-cr-00147 |
| ADRIAN LAMAR BROWN | ) | |
| Defendant. | ) | |

## ORDER

The plea hearing set for Friday, August 19, 2022, at 9:00 a.m., is RESET for Monday, **August 22, 2022**, at 2:00 p.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE